# In the United States Court of Federal Claims

No. 19-710L
Filed: February 16, 2021

|  |
|---|
| AEG INVESTMENTS, LP, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. |

## SCHEDULING ORDER

On February 12, 2021, the parties filed a joint status report in which they stated that they are conducting settlement negotiations in an attempt to reach a comprehensive settlement of this case. To allow time for these settlement efforts, the parties requested that they file another joint status report on February 26, 2021. *See* ECF No. 63.

The Court agrees with the parties' proposal. The parties shall file a joint status report on or before February 26, 2021.

**IT IS SO ORDERED.**

  s/ Edward H. Meyers
Edward H. Meyers
Judge